IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-168-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GERMAN FIDEL CUETO, | ) | |
| | ) | |
| Defendant. | ) | |

On July 2, 2018, German Fidel Cueto moved to terminate his supervised release [D.E. 2]. On July 20, 2018, the government responded in opposition [D.E. 4].

The Probation Office evaluated Cueto's request and recommended denying the motion and referring Cueto to low intensity supervision. If Cueto remains compliant during the next year, the Probation Office will consider recommending that the court consider Cueto's case for early termination of supervision. In light of the record, the court agrees with Probation's recommendation. Thus, Cueto's motion [D.E. 2] is DENIED.

SO ORDERED. This 20 day of July 2018.

JAMES C. DEVER III
Chief United States District Judge